IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **GRANGE INSURANCE COMPANY** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | Civil Action File |
| : | No. 4:21-CV-00147- |
| **CYCLE-TEX, INC., and JARROD** : | AT |
| **JOHNSON, individually, and on Be-** : | |
| **half of a Class of persons similarly** : | |
| **situated,** : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Grange Insurance Company, in accordance with Federal Rule of Civil Procedure 56, moves this Court to grant summary judgment for Plaintiff and render judgment that Plaintiff owes no duty to defend or indemnify Defendant Cycle-Tex, Inc. against the allegations and/or judgment in the underlying lawsuit styled *Jarrod Johnson, individually and on Behalf of a Class of persons similarly situated, v. Cycle-Tex, Inc., et al*, Civil Action No. 4:20-cv-0008-AT, United States District Court for the Northern District of Georgia, Rome Division.

This 21ˢᵗ day of June, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

/s/ *Evelyn Davis*

303 Peachtree Street, N.E.  
Suite 4000  
Atlanta, Georgia 30308  
Telephone: (404) 614-7400  
Facsimile: (404) 614-7500  
dmarshall@hpylaw.com

Evelyn Davis  
Georgia Bar No. 801498

*Counsel for Plaintiff Grange Insurance Company*

# CERTIFICATE OF SERVICE AND
# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C

This document was prepared in accordance with LR 5.1, NDGa., and LR7.1(D), NDGa. Counsel certifies that he has used 14-point Garamond as the font. I further certify that **Plaintiff's Motion for Summary Judgment** was served to all counsel of record by electronic filing:

> Ryan Lutz, Esq.,
> rlutz@corywatson Cory Watson, P.C.
> 2131 Magnolia Avenue South
> Birmingham, AL 35205

This 21st day of June, 2022.

                                                **HAWKINS PARNELL & YOUNG, LLP**

| | |
|---|---|
| 303 Peachtree Street, N.E. | */s/ Evelyn Fletcher Davis* |
| Suite 4000 | Evelyn Fletcher Davis |
| Atlanta, Georgia 30308 | Georgia Bar No. 801498 |
| Telephone: (404) 614-7400 | |
| Facsimile: (8550 889-4588 | *Attorneys for Plaintiff Grange Mutual Casualty Company* |
| edavis@hpylaw.com | |