UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GRANGE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>CYCLE-TEX, INC. and JARROD JOHNSON.<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 4:21-cv-147-AT |

**J U D G M E N T**

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of plaintiff's Motion Summary Judgment/Motion for Default Judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that defendant Cycle-Tex Inc, having failed to plead or otherwise to defend in this action and default having been duly entered, judgment is entered in favor of plaintiff and against defendant Cycle-Tex Inc,

**Ordered and Adjudged** that the defendant Jarrod Johnson take nothing; that plaintiff Grange Insurance Company recover costs of this action, judgment is entered in favor of plaintiff and against defendant Jarrod Johnson.

Dated at Rome, Georgia, this 5th day of December, 2022.

                     KEVIN P. WEIMER
                     CLERK OF COURT

              By:  s/ Teressa Frazier
                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 5, 2022
Kevin P. Weimer
Clerk of Court

By: s/ Teressa Frazier
    Deputy Clerk