UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GRANGE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>CYCLE-TEX, INC. and JARROD JOHNSON.<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 4:21-cv-147-AT |

**J U D G M E N T**

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Plaintiff's Motion Summary Judgment as to Defendant Johnson and Motion for Default Judgment as to Defendant Cycle-Tex, and the Court having granted said motions, it is

**Ordered and Adjudged** that Grange has no duty to cover or indemnify any of the Defendants, or any other person or entity, in connection with the Underlying Lawsuit, events giving rise to the Underlying Lawsuit, or any judgments or awards in the Underlying Lawsuit and that Grange has no duty defend Cycle-Tex in connection with the Underlying Lawsuit.

Dated at Rome, Georgia, this 13th day of December, 2022.

                                                        KEVIN P. WEIMER
                                                        CLERK OF COURT

                                            By:    s/ Teressa Frazier
                                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 13, 2022
Kevin P. Weimer
Clerk of Court

By:   s/ Teressa Frazier
         Deputy Clerk